PUERTORRIQUEÑOS EN ACCIÓN CIUDADANA, INC., demandante y recurrente, *v.* COMISIÓN ESTATAL DE ELECCIONES, ETC., demandados y recurridos.

*Número:* RE-91-620          *Resuelto:* 29 de noviembre de 1991

*Frank Gotay Barquet, Enrique J. Mendoza Méndez, Héctor Urgell Cuebas* y *Gerineldo Barreto Pérez,* abogados de la recurrente.

## RESOLUCIÓN

A la Solicitud de Revisión, no ha lugar.

Lo acordó el Tribunal y certifica el señor Secretario General. Los Jueces Asociados Señores Negrón García y Rebollo López disienten por razón de los fundamentos contenidos en la opiniones que emitieron en el caso MC-91-70, *Gierbolini Rodríguez v. Gobernador,* 129 D.P.R. 402 (1991). El Juez Asociado Señor Alonso Alonso no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*